IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FLORETTE MATTIX

V                    CIVIL ACTION NO. 1:13CV2501-RWS-LTW

DEKALB COUNTY SCHOOL ,
CYNTHIA JACKSON, SHERRON LEDBETTER,
BEN SMITH, KARREN BRIGGS, JUDITH ROBINSON

<u>MOTION FOR AN ENLARGMENT OF TIME TO FILE THE
INITIAL DISCLOSURE, SUMMONS FORMS AND US
MARSHALL ORDER</u>

COMES NOW, Florette Mattix, by and through counsel of record and files this Motion for An Enlargment of Time to File the Initial Disclosure, Summon Forms and US. Marshall Order Forms and as grounds state the following to wit:

1.  On or about September 10, 2013, the Court ordered the plaintiff to submit the Initial Disclosure, Summons Forms and US Marshall Order Forms within 20 days.

2.  Due to a miscalculation of the requisite time and delivery of the forms to the plaintiff,  counsel for the plaintiff was unable to timely comply with the Court's order.

**3.  A request was made of the clerk to allow until Monday for filing of the form, however the plaintiff was unable to file the requisite forms by ECF and has this date submitted the forms for delivery by U.S. Priority Mail.**

**4.  Plaintiff herein states that the delay is not to frustrate the Court or to deny a definite order .**

**Wherefore premises considered, the plaintiff prays that the court will grant the plaintiff until October 10 , 2013 to submit the requisite documents by U.S. mail.**

**Respectfully submitted this the 8th day of October, 2013**

                                          **/s/Carletta Sims**
                                          **P.O. Box 1083**
                                          **Mableton,  GA  30126**